IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ERIC V. DRAKE, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-CV-0471-D |
| | § | |
| NORDSTROM DEPARTMENT STORES, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The United States Magistrate Judge made March 1, 2018 findings, conclusions, and a recommendation in this case. An objection was filed by plaintiff. The district judge reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

March 19, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE